# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC,**<br><br>*Plaintiff*,<br><br>**v.**<br><br>**RODNEY R. NEWELL, JOHN GLASS, JUSTIN GLASS, JORDAN GLASS, AUTUMN GLASS, KENSEY GLASS, UNITED STATES OF AMERICA, EX REL. THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, SCOTT TURNER (HUD),**<br><br>***Defendants*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 6:25-CV-00323-LS** |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff Lakeview Loan Servicing LLC moves for summary judgment against Defendant Rodney Newell related to a defaulted loan agreement between the parties. The Court referred this case to the Honorable Dan MacLemore for report and recommendation on dispositive matters, who recommended that the Court grant the motion. No party objected to the recommendation. The Court therefore **ADOPTS** the report and recommendation, **GRANTS** Plaintiff's motion for summary judgment [ECF No. 24], and orders as follows:

Lakeview holds, and may enforce, a statutory probate lien against the subject property located at 3204 Jackal Drive, Lorena, Texas 77084 under Texas Estates Code Sections 101.001 and 101.051 by means of nonjudicial foreclosure, divesting Newell and the Glass heirs of all of Decedent Dana Scaramucci-Newell's right, title, and interest in the property and vesting such interest in the purchaser at foreclosure sale.

The outstanding balance of the November 16, 2018 note, together with allowable interest, late charges, costs of court, and Lakeview's reasonable attorney's fees and expenses, are secured by the November 16, 2018 deed of trust and recoverable through foreclosure of the property.

Lakeview may conduct a nonjudicial foreclosure sale of the property in accordance with the deed of trust and Texas law, with the purchaser at such sale to take title free and clear of the interests of Newell and the Glass heirs, subject only to any interests senior to Lakeview's lien.

Lakeview may file a separate, supported application for an award of its reasonable attorney's fees and costs as further obligations under the note and deed of trust, not as a personal judgment against Newell, within fourteen days of final judgment, with the Court to determine the amount by subsequent order.

Having resolved all remaining claims, the Clerk shall **CLOSE** the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 14, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**